| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| HARDEEP SINGH, | ) | |
| Plaintiff, | ) | No. C 07-1463 CW |
| v. | ) | **STIPULATION TO DISMISS AND ORDER** |
| ALBERTO GONZALES, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>DAVID STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services,<br>ROBERT MUELLER, Director, Federal Bureau of Investigation, | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has provided assurances to the plaintiff that it is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Stipulation to Dismiss
C 07-1463 CW

1 | Each of the parties shall bear their own costs and fees.

2

3 | Date: May 14, 2007            Respectfully submitted,

4 |                         SCOTT N. SCHOOLS
                          United States Attorney

5

6

7 |                         /s/
                          EDWARD A. OLSEN
                          Assistant United States Attorney

8 |                         Attorneys for Defendants

9

10 |                         /s/
   Date: May 14, 2007           AJAI MATHEW

11 |                         Attorney for Plaintiff

12

13 |                      **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date:     5/16/07               _____

17 |                         CLAUDIA WILKEN
                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-1463 CW